PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
**FILED**
FEB 14 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: __Jerry Wayne White__     Case Number: __6:13-CR-20-S-GFVT-11__

Name of Sentencing Judicial Officer: __Honorable Gregory F. Van Tatenhove__

Date of Original Sentence: __May 22, 2014__

Original Offense: __21 U.S.C. § 846: Conspiracy to Manufacture 50 grams of more of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a lesser included offense__

Original Sentence: __60 months imprisonment; five years supervised release__

Type of Supervision: __Supervised Release__     Date Supervision Commenced: __October 12, 2017__

Assistant U.S. Attorney: __Williams Samuel Dotson__     Defense Attorney: __Willis G. Coffey__

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance
1   Standard Condition No. 2: Failure to Report as Directed
2   Standard Condition No. 5: Failure to Report Change of Residence
3   Standard Condition No. 6: Failure to Permit the Probation Officer to Visit him at Home or Elsewhere

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

   ☒ revoked.

   ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

Honorable Gregory F. Van Tatenhove
United States District Judge
February 9, 2018
Page 2

RE:    WHITE, Jerry Wayne
Dkt. #  6:13-CR-20-S-GFVT-11
PROB 12C

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/9/2018

Scott Greive
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☑ The issuance of a warrant (Matter Sealed Pending Arrest).

☐ The issuance of a summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☑ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

_____
Signature of Judicial Officer

2-14-2018
_____
Date